AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-0014 |
| MICAH COOMER | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date 1/17/2023 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICAH COOMER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 01/17/2023

Zia M. Faruqui
2023.01.17 16:47:47 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.         ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/17/23, and the person was arrested on *(date)* 1/18/23
at *(city and state)* Oceanside, CA.

Date: 1/18/23

Kelsey Randall
*Arresting officer's signature*

Kelsey Randall / Special Agent
*Printed name and title*