AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-mj-00014 |
| MICAH COOMER | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Micah Coomer.

Date:   04/07/2023

/s/ Phillip Stackhouse
*Attorney's signature*

Phillip Stackhouse #993508
*Printed name and bar number*

8910 University Center Lane, Ste 400
San Diego, California 92122

*Address*

stackhouse@militarydefender.com
*E-mail address*

760-284-3400
*Telephone number*

760-932-4100
*FAX number*